UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

In Re:
PATRICIA A CARTER LEE
TERRY LEE

Chapter 13
Case No. 2013-31444-SVK-13

Debtors

**NOTICE OF TELEPHONIC HEARING & OBJECTION TO CONFIRMATION OF MODIFIED CHAPTER 13 PLAN**

    Now comes the Chapter 13 Standing Trustee, Rebecca R. Garcia, and objects to confirmation of debtors' Chapter 13 Plan filed on November 15, 2017, for the reason that:
    The proposed plan is not substantiated by a budget.

WHEREFORE, trustee prays for denial of confirmation of debtors' Chapter 13 Plan filed November 15, 2017.

## NOTICE OF TELEPHONE HEARING

TO: PATRICIA A CARTER LEE
TERRY LEE

NICKOLAI AND POLETTI LLC
Trustee Rebecca R. Garcia

    PLEASE TAKE NOTICE that a telephone hearing will be held via conference call before Susan V Kelley, Chief United States Bankruptcy Judge, on **December 12, 2017 at 09:45 AM**, to consider the Trustee's Objection to Confirmation of the Modified Plan filed November 15, 2017.

    PLEASE TAKE FURTHER NOTICE that **in order to appear by telephone, you must call the Court conference line at 1−888−675−2535, and enter access code 9918878 before the scheduled hearing time.** The Court may already be in session, so please wait quietly for your case to be called.

    **Should any party have a conflict with the scheduled date and time for this hearing, that party should contact the Court (414−290−2660), with the other interested parties on the line, to reschedule this hearing to a mutually agreeable date and time.**

    PLEASE TAKE FURTHER NOTICE that at the telephone hearing, the Court may rule or may schedule additional hearings, without further notice.

Dated the 27th day of November 2017.
/s/ Rebecca A. Quiroz
Staff Attorney

**Rebecca R. Garcia**
**Chapter 13 Standing Trustee**
**P O Box 3170**
**Oshkosh, WI 54903-3170**
**920.231.2150**
**Fax 920.231.5713**
**E-mail info@ch13oshkosh.com**

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

In Re:                                          Case No. 2013-31444-SVK-13
PATRICIA A CARTER LEE
TERRY LEE
        Debtors

                                            Chapter 13
                                            **CERTIFICATE OF SERVICE**

STATE OF WISCONSIN ) 
                               ) SS
WINNEBAGO COUNTY)

    Kristina L. Wilder, being first duly sworn on oath, states that she is an employee in the office of Rebecca R. Garcia, Standing Chapter 13 Trustee, P.O. Box 3170, Oshkosh, WI 54903-3170 and on the 27th day of November 2017, a copy of the trustee's Objection to Confirmation of Chapter 13 Plan filed November 15, 2017, was mailed in a first class postage paid envelope to the following:

PATRICIA A CARTER LEE
TERRY LEE
8183 N 107TH STREET UNIT #L
MILWAUKEE, WI 53224

and the following were served electronically

NICKOLAI AND POLETTI LLC

                                        Dated the 27th day of November 2017.
                                                /s/ Kristina L. Wilder
                                                Kristina L. Wilder